ACCEPTED
01-15-00279-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 4:58:51 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00279-CR

In the
**COURT OF APPEALS**
For the
**FIRST JUDICIAL DISTRICT**
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/23/2015 4:58:51 PM

CHRISTOPHER A. PRINE
Clerk

---

On Appeal from the 338th Judicial District Court of
Harris County, Texas
in Cause Number 1344346

---

**JOSEPH JUAN FACUNDO, Appellant**

*v.*

**THE STATE OF TEXAS, Appellee**

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Joseph Juan Facundo, Appellant herein, by and through his attorney of record, Patrick F. McCann, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Counsel has a death appellee's brief due to the Fifth Circuit on August 3rd and a Certificate of Appealability due the same day in *Norris v. Stephens*.

2. Counsel had sought and obtained a continuance of a federal medicare fraud case in *United States v. Tsolak Gevorgyan* but upon government objection, the

federal district court judge reinstated the August 17th trial date so we are now headed to jury trial in this matter beginning August 17th. Counsel must prepare to represent his client in this very complex fraud case.

3. Counsel is also preparing for a non-death capital trial in *State of Texas v. Rene Lopez* in the 180th district court.

4. Counsel is working on an appellate brief on a death penalty appeal in *Rivers v. State.*

5. For the reasons set forth above, Appellant respectfully requests that he be granted an extension of thirty (30) days so that his brief in this case will now be due on August 27th, 2015, and the Court will accept the filed brief.

<u>PRAYER</u>

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,

**The Law Offices of Patrick McCann**

By: */s/ Patrick F. McCann*

Patrick F. McCann
SBN: 00792680
909 Texas Avenue, Suite 205
Houston, Texas 77002
Phone: (713) 223-3805
eFax: (281) 667-3352

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 23, 2015, a true and correct copy of the above and foregoing document was served on:

Mr. Alan Curry                                           *Via email:* [*Curry_Alan@dao.hctx.net*](mailto:Curry_Alan@dao.hctx.net)
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Street, Ste. 600
Houston, TX 77002-1923

*/s/ Patrick F. McCann*

Patrick F. McCann